# RUBIN LLC

*Attorneys at Law*

11 Broadway, Suite 715
New York, New York 10004
www.rubinlawllc.com

PAUL A. RUBIN                                                                    Telephone: 212.390.8054
prubin@rubinlawllc.com                                                    Facsimile:  212.390.8064

September 30, 2025

<u>Via ECF</u>
Honorable Nancy Hershey Lord
U.S. Bankruptcy Court, Eastern District of N.Y.
271-C Cadman Plaza East
Brooklyn, New York 11201

Re:      *In re Etienne Estates At Washington LLC*; Case No. 24-43202 (NHL)

Dear Judge Lord:

This firm represents Northgate Real Estate Group ("Northgate") in connection with Northgate's fee application (the "Northgate Fee Application") [ECF No. 116] scheduled to be heard on October 21, 2025 at 11:00 a.m. in the above-referenced chapter 11 case.  At the request of the Office of the United States Trustee, and with the Court's permission, the hearing on the Northgate Fee Application is adjourned to **November 4, 2025 at 11:30 a.m.**  The adjournment is only for the Northgate Fee Application and not for any other matters that may be scheduled for October 21, 2025 in this matter.

Respectfully submitted,

RUBIN LLC

By:    */s/ Paul A. Rubin*_____
            Paul A. Rubin

cc (by ECF and email):
Ted Donovan, Esq. (counsel for the Debtor)
Nazar Khodorofsky, Esq. (Office of the United States Trustee)